JOANNA E. MACMILLAN (SBN 281891)
jmacmillan@constangy.com
JOSE POMPOSO BARAJAS (SBN 321034)
jpomposo@constangy.com
NICOLAS W. TOMAS (SBN 339752)
ntomas@constangy.com
**CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
T: 310.909.7775 | F: 424.465.6630

Attorneys for Defendant
BELLINGHAM MARINE INDUSTRIES, INC.

Megan E. Ross (SBN 227776)
megan@abramsonlabor.com
Michiko Vartanian (SBN 323979)
michiko@abramsonlabor.com
**ABRAMSON LABOR GROUP**
1700 West Burbank Blvd
Burbank, California 91506
Tel.: (213) 493-6300
Fax: (213) 723-2522

Attorneys for Plaintiff
ANGEL CABALLERO

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CABALLERO,<br><br>    Plaintiff,<br><br>    v.<br><br>BELLINGHAM MARINE INDUSTRIES, INC,<br><br>    Defendant. | Case No.:    2:25-cv-03399-DJC-SCR<br><br>**ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT REGARDING STATUS OF MEDIATION**<br><br>Action Filed: September 17, 2025<br>Removal Date: November 21, 2025<br>Trial Date: None Set |

1

ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT REGARDING STATUS OF
MEDIATION

## **ORDER**

Having considered Plaintiff Angel Caballero and Defendant Bellingham Marine Industries, Inc.'s Stipulation to Continue Deadline to File Joint Status Report regarding the Parties' mediation efforts, and finding good cause shown, the Court hereby GRANTS the Parties' Stipulation and ORDERS that the deadline for the Parties to file their Joint Status Report be continued from June 3, 2026 to September 7, 2026, to align with the Parties' continued mediation date of August 7, 2026.

**IT IS SO ORDERED.**

Dated:  May 21, 2026                            /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT REGARDING STATUS OF MEDIATION